RECEIVED

NOV 0 2 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

Jennifer G. Hernandez
15 Bloodworth Street
Raleigh, NC 27601

Trevor G. Graham, et al
1920 Wescott Drive
Raleigh, NC 27614

Plaintiff resides at: unknown

NO.

COMPLAINT 5:18-CV-525-D

Please See attached motion

_____

_____

_____

Defendant(s)' name(s) and address(es), if known:

Trevor G. Graham et al
1920 Wescott Drive Raleigh, nc
27614

_____

_____

_____

_____

1

Jurisdiction in this court is based on:

The acts complained of in this suit concern:

2

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Based upon Trial Jury decision I've undergone too many bodily damages to request relief thereom, I'm requesting this be done by the outcome during Sentencing by my attorney or Jucors.

1/2/2018
DATE

J. Hma Sy
SIGNATURE OF PLAINTIFF

571-663-7725

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3