UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JENNIFER G. HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-525-D** |
| ) | |
| TREVOR G. GRAHAM, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 8]. Hernandez's application to proceed in forma pauperis [D.E. 1] is GRANTED and Hernandez's complaint is DISMISSED as frivolous and for failure to state a claim. Hernandez's motion for a temporary restraining order [D.E. 4], motion to appoint counsel [D.E. 6], and motion to transfer [D.E. 7] are DISMISSED.

**This Judgment Filed and Entered on December 18, 2018, and Copies To:**

Jennifer G. Hernandez         (Sent to 15 Bloodworth St. Raleigh, NC 27614 via US Mail)

DATE:                          PETER A. MOORE, JR., CLERK
December 18, 2018              (By) /s/ Nicole Sellers
                               Deputy Clerk